The People of the State of Illinois, defendant in error, v. LeRoy McDermott, plaintiff in error. Gen. No. 8,168.

Opinion filed April 11, 1930.

Dixon, Devine, Bracken & Dixon, for plaintiff in error; Sherwood Dixon, of counsel. Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Frank Leroy Lawson et al., plaintiffs in error. Gen. No. 8,059.

Opinion filed May 3, 1930. Rehearing denied June 24, 1930.

George W. Sprenger and C. B. Chapman, for plaintiffs in error. Russell O. Hanson, State's Attorney, for defendant in error; C. E. Jacobson and A. E. Claus, of counsel.

Mr. Presiding Justice Boggs delivered the opinion of the court.

William Straus (identical with William Strauss), appellee, v. J. R. Scarratt, appellant. Gen. No. 8,180.

Opinion filed May 3, 1930.

Estelle M. Wells, for appellant. Greenebaum & Burns, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The Joliet National Bank, appellant, v. Thomas McEvilly, appellee. Gen. No. 8,190.

Opinion filed May 3, 1930.

Frank J. Wise, for appellant. Barr & Barr, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.